IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                             4:06-CR-00256-01-BRW
                                4:14-CR-00145-01-BRW

LAQUENTIN NICHOLS

## ORDER

The Motions for Hearing (Doc. Nos. 57, 15) are GRANTED.  Accordingly, a revocation hearing is scheduled to commence at 1:30 p.m. on Wednesday, October 7, 2015, in Courtroom 2A of the federal courthouse at Little Rock.

The Clerk of the Court is directed to issue a summons for Defendant LaQuentin Nichols.

IT IS SO ORDERED this 2nd day of October, 2015.

        /s/Billy Roy Wilson
       UNITED STATES DISTRICT JUDGE