AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

OCT 08 2015

JAMES W. McCORMACK, CLERK
By: _____, DEP CLERK

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| LAQUENTIN NICHOLS | |

Case No.  4:06CR256-01-BRW and 4:14CR145-01-BRW

USM No.  24236-009

Lisa Peters
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)  General, Standard & Special  of the term of supervision.

☒ was found in violation of condition(s)  Standard  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Unlawful possession of a controlled substance | 06/10/2015 |
| Standard (7) | Failure to refrain from excessive use of a controlled substance | 06/10/2015 |
| Standard (9) | Associating with persons engaged in criminal activity and /or convicted of a felony w/o permission of probation officer. | 07/01/2014 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  6259

Defendant's Year of Birth:  1978

City and State of Defendant's Residence: _____

10/07/2015
Date of Imposition of Judgment

*Billy Wilson* (signature)
Signature of Judge

BILLY ROY WILSON,                    U.S. District Judge
Name and Title of Judge

10-08-2015
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 1A

Judgment—Page __2__ of __3__

DEFENDANT: LAQUENTIN NICHOLS
CASE NUMBER: 4:06CR256-01-BRW and 4:14CR145-01-BRW

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Special | Failure to participate in a substance abuse treatment program. | 04/23/2015 |

Case 4:06-cr-00256-BRW   Document 62   Filed 10/08/15   Page 2 of 3
AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 1A

Judgment — Page __3__ of __3__

DEFENDANT: LAQUENTIN NICHOLS
CASE NUMBER: 4:06CR256-01-BRW and 4:14CR145-01-BRW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

30 months; to run concurrently with the sentence imposed in Docket No. 4:14CR145-01-BRW and 24 months to run concurrently with Docket No. 4:06CR00256-01-BRW. No term of Supervised Release to follow imprisonment is imposed in either case.

☒ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in nonresidential substance abuse treatment during incarceration. The Court also recommends the defendant be designated to the instutition located in Forrest City, AR.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☒ before 2 p.m. on __11/24/2015__ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL